IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 17, 2008

Charles R. Fulbruge III
Clerk

No. 07-20340

TIMOTHY SULLIVAN; MICHAEL PROSSER

Plaintiffs - Appellants

v.

EL PASO CORP; EL PASO MARKETING ENERGY GAS CORPORATION;
EL PASO MERCHANT ENERGY GAS CORPORATION

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
4:06-CV-2948

Before JONES, Chief Judge, DAVIS and GARZA, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs and argument of counsel, we are satisfied the district court committed no reversible error.

Accordingly, we affirm the judgment of the district court essentially for the reasons assigned in its careful Memorandum Opinion and Order of April 2, 2007.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.